UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE: CORLENA FEEKO

          Debtor

DECLARATION PURSUANT TO
28 U.S.C. § 1746

Case No. 25-60453-6-pgr

Chapter 7

---

1. I am the attorney for the Debtor in the above case. I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

2. I make this declaration relative to a motion filed against Embark Card Services for violation of the automatic stay.

3. All of the information regarding the fee sharing agreement in this case between my office and the office of Zachary DeCurtis McDonald has been disclosed to the Debtor. A document entitled <u>Notice, Disclosure and Consent to Employment Of Counsel and Division of Attorneys' Fees</u> has been executed by myself, Zachary DeCurtis McDonald, and the Debtor wherein it is disclosed that my office and Zachary DeCurtis McDonald assume joint responsibility for the representation and that the representation of my office is agreed to by the Debtor. The document also advises that the division of all attorneys' fees is 75% to my office and 25% to the office of Zachary DeCurtis McDonald.

Date: July 26, 2025          /s/ James F. Selbach
                                    James F. Selbach
                                    Attorney for Debtor