UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

IN RE: CORLENA FEEKO

       Debtor

DECLARATION PURSUANT TO
28 U.S.C. § 1746

Case No. 25-60453-6-pgr

Chapter 7

_____

1. I am a Debtor in the above case. I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

2. I make this declaration relative to a motion being filed against Embark Card Services ("the Motion").

3. This case was filed on May 27, 2025.

4. To the best of my knowledge, the conduct of Embark Card Services involved an attempt to collect a debt that was listed in the above bankruptcy case, that is, a debt that existed on or prior to May 27, 2025. The exhibits filed in the Motion which are documents contain the front and back of each document. The back of the letter is blank.

5. I have signed a document entitled <u>Notice, Disclosure and Consent to Employment Of Counsel and Division of Attorneys' Fees</u>. In this document it was disclosed that Selbach Law Offices, P.C. and Zachary DeCurtis McDonald have assumed joint responsibility for the representation in the Motion. I agree to this representation. I understand that Zachary DeCurtis McDonald will remain as general bankruptcy counsel and Selbach Law Offices, P.C. will provide representation for the Motion only. I understand that the division of all attorneys' fees, relative to the Motion, is 75% to Selbach Law Offices, P.C. and 25% to Zachary DeCurtis McDonald.

Date Jul 27, 2025                /s/ Corlena Feeko
                                      Corlena Feeko